**Decisions handed down January 28, 1889**

Randolph Guggenheimer, Respondent, v. Edward Sayre, Appellant, Impleaded, etc. — Order

affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.